PER CURIAM.
Affirmed. Metro Indusial. Painting Corp. v. Terminal Construction Co., 287 F.2d 382, 384 (2d Cir.), cert. denied, 368 U.S. 817, 82 S.Ct. 31, 7 L.Ed.2d 24 (1961); Acton CATV, Inc. v. Wildwood Partners, Ltd., 508 So.2d 1274 (Fla. 5th DCA), rev. denied, 518 So.2d 1273 (1987); Riverfront Properties, Ltd. v. Max Factor III, 460 So.2d 948 (Fla. 2d DCA 1984).
STONE, J., concurs.
ANSTEAD, J., concurs specially with opinion.
LETTS, J., concurs in conclusion only.